# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

June 8, 2026

**By ECF**
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The status conference presently scheduled for June 17, 2026, is hereby adjourned to August 12, 2026, at 11 a.m. Speedy trial time is excluded from 6/17/2026 until 8/12/2026, in the interest of justice.
> SO ORDERED
>
> Edgardo Ramos, U.S.D.J.
> Dated: 6/9/2026
> New York, New York

Re: **United States v. Anderson Martinez**
**26-Cr-132 (ER)**

Dear Judge Ramos:

I represent Anderson Martinez in the above-captioned matter. I write to request that the Court adjourn the upcoming status conference by approximately sixty days. The government has no objection.

Mr. Martinez is charged in an indictment with Hobbs Act robbery, conspiracy to commit Hobbs Act robbery, and brandishing a firearm during a crime of violence. He was arraigned before the Court on April 15. A status conference is scheduled for June 17.

I received the government's first discovery production on May 6, and a second production on May 15. Those productions include videos, ESI, and more than 1500 pages of materials. Many of those materials are marked Attorney Possession Only and must be reviewed in person with Mr. Martinez, who is detained at the MDC. And the documentary evidence that has been produced is in English and must be translated for Mr. Martinez, a Spanish speaker. Meanwhile, Mr. Martinez's cell phone extraction contains materials in Spanish that must be translated into English for the legal team. Therefore, I require additional time to review the discovery materials with Mr. Martinez, discuss potential pretrial resolutions, and provide constitutionally effective assistance.

Accordingly, I request that the Court adjourn the upcoming conference for approximately sixty days. The parties have conferred and are available August 10-12, and can provide additional availability if those dates are inconvenient for the Court. The defense consents to the exclusion of time until the next conference date.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Robert Ruff